IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Daniel P. Hargrove,  :
        Plaintiff(s),  :
                            Case Number: 1:17cv748
vs.  :
                            Judge Susan J. Dlott
Capt. Frisby, et al.,  :
        Defendant(s).  :

ORDER

      The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 11, 2018 (Doc. 10), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 25, 2018, hereby ADOPTS said Report and Recommendation.

      Accordingly, plaintiff's complaint (Doc. 1) is DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1) with the exception of plaintiff's Fourth Amendment individual capacity claim against defendants Frisby and Couch and plaintiff's First Amendment individual capacity Free Exercise claim and, to the extent it seeks injunctive relief, plaintiff's Religious Land Use and Institutionalized Persons Act (RLUIPA) claim against defendants Chaplain Taylor and Chaplain Palmer.

      Plaintiff's motion to add a defendant (Doc. 7) is DENIED.

      IT IS SO ORDERED.

                                                    ___s/Susan J. Dlott_____
                                                    Judge Susan J. Dlott
                                                    United States District Court