IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Daniel P. Hargrove,

    Plaintiff(s),

vs.

Capt. Frisby, et al.,

    Defendant(s).

Case Number: 1:17cv748

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 12, 2018 (Doc. 25), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 26, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motion to dismiss plaintiff's complaint (Doc. 18) is GRANTED. All other pending motions (Docs. 13, 14, 17, and 20) are DENIED as MOOT. This case is hereby TERMINATED from the docket of this Court.

    IT IS SO ORDERED.

                                                      s/Susan J. Dlott
                                                      Judge Susan J. Dlott
                                                      United States District Court